# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201700160**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## TAYLOR R. MALLOY
Boatswain's Mate Third Class (E-4), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Robert J. Crow, JAGC, USN.
Convening Authority: Commanding Officer, Information Warfare
Training Command, Corry Station, Pensacola, FL.
Staff Judge Advocate's Recommendation: Lieutenant Nicole T.
Staring, JAGC, USN.
For Appellant: Commander Chris D. Tucker, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 24 August 2017

———————————————

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court